448 A.2d 1178

Lowe v. Davis & Country Properties Inc., Appellants.

602

Argued November 4, 1981.  Paul A. Barrett, for appellants;  Theodore J. Gregor, for appellees.

Before BROSKY, POPOVICH and MONTGOMERY, JJ.

Order affirmed.